1  **SQUIRE PATTON BOGGS (US) LLP**
   MATTHEW R. ROGERS (SBN 128215)
2  EMMA E. JACOBSON (SBN 245851)
   555 South Flower Street, 31st Floor
3  Los Angeles, California 90071
   Telephone: +1 213 689 5155
4  Facsimile: +1 213 623 4581
   Email:    matthew.rogers@squirepb.com
5            emma.jacobson@squirepb.com

6  Attorneys for Defendant
   MERCEDES-BENZ USA, LLC

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 | LAURI MANHAS, an individual,         | Case No.
12 |             Plaintiff,                | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); COPY OF STATE COURT FILE**
13 |     v.                                |
14 | MERCEDES BENZ USA, LLC, a             |
   | Delaware limited liability company; and|
15 | DOES 1 to 10, inclusive,              |
16 |             Defendants.               |

17

18

19       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       PLEASE TAKE NOTICE that defendant Mercedes-Benz USA, LLC

21 ("MBUSA"), on the basis of diversity jurisdiction, hereby removes to this Court the

22 state court action described below:

23       1.    On June 13, 2019, an action was commenced in the Superior Court of

24 the State of California, County of Los Angeles, Central District, entitled

25 <u>Lauri Manhas, Plaintiff vs. Mercedes-Benz USA, LLC, Defendant</u>, as Case No.

26 19STCV20692.  A copy of the original Complaint in the state court action is

27 attached hereto as Exhibit "A."

28

- 1 -
NOTICE OF REMOVAL OF ACTION

010-8802-1332/1/AMERICAS

2.  The first date upon which defendant MBUSA received a copy of said Complaint was on or about July 2, 2019, when plaintiff served Mercedes-Benz USA, LLC. A copy of the Summons is attached hereto as Exhibit "B".

3.  Copies of all pleadings and court documents served by plaintiff upon MBUSA, or otherwise obtained in this case, are collectively attached hereto as Exhibit "C".

4.  To defendant MBUSA's knowledge, Exhibits "A" through "C" constitute the entire state court file in this matter.

5.  MBUSA has and does maintain its principal place of business in Sandy Springs, Georgia (previously Montvale, New Jersey) and is a Delaware Limited Liability Company. MBUSA has only one member/owner, Daimler North America Corporation ("DNAC"), which is incorporated under the laws of the State of Delaware with its principle place of business in Farmington Hills, Michigan. Therefore MBUSA is a citizen of Delaware and of Georgia, but is not a citizen of California or Arizona for purposes of determining diversity.

6.  At all times relevant herein, the parties designated as Doe defendants in this action are unnecessary and sham parties which have no interest in the subject matter of said action and must be disregarded for the purposes of determining diversity jurisdiction pursuant to 28 U.S.C. § 1441(a).

7.  Plaintiff's lawsuit stems from a February 24, 2019, traffic collision when Lauri Manhas was driving a 2015 Mercedes-Benz CLS400. Plaintiff alleges the vehicle's front driver's air bag failed to deploy and the seat belt failed to properly lock resulting in enhanced injuries. (Exhibit "A," Complaint, ¶ 9).

8.  MBUSA denies plaintiff's allegations and specifically denies, among other things, that the involved 2015 Mercedes-Benz CLS400 was defective or caused plaintiff injury or loss. But, without prejudice to its defenses in this action, and for the purposes of demonstrating by a preponderance of evidence that the

amount in controversy exceeds $75,000.00, the threshold amount for removal jurisdiction, the following is set forth:

     (a)    Per plaintiff's Complaint, she alleges injuries including facial laceration, left-sided body numbness and loss of motor skill. (Exhibit "A", Complaint ¶¶ 10-11.)

     (b)    Per plaintiff's Statement of Damages, she seeks general damages of $1,000,000.00 and special damages of $1,000,000. See Exhibit "C", p. 1.

9. Plaintiff is resident of Maricopa County, Arizona as alleged in Paragraph 1 of her Complaint. (See Exhibit "A.") Accordingly, at all relevant times, complete diversity has and does exist between plaintiff and MBUSA.

10. Therefore, this action is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1441(b) in that it is a civil action wherein the amount in controversy exceeds the minimum jurisdictional amount of this court and is between citizens of different states.

WHEREFORE, this defendant hereby gives notice that the above-entitled action, originally pending against it in the Superior Court of the State of California in and for the County of Los Angeles, is now removed to this Court.

Dated: July 23, 2019                                 Squire Patton Boggs (US) LLP

                                                                   By: _____
                                                                            Matthew R. Rogers
                                                                   Attorneys for Defendant
                                                                   Mercedes-Benz USA, LLC