# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lauri Manhas, | No. CV-19-04906-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Mercedes-Benz USA LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismissal with Prejudice (Doc. 50), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 50). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 19th day of August, 2020.

Honorable John J. Tuchi
United States District Judge